IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00270-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE OCTAVIO GARCIA-CALDERON,

        Defendant.

---

## ORDER TERMINATING SUPERVISION UNSATISFACTORILY

---

        THIS MATTER was before the Court for a supervised release violation hearing on January 27, 2014, upon report of the probation officer that defendant violated the terms and conditions of supervision by illegally reentering the United States after being deported.

        On October 29, 2013, defendant entered a plea of guilty in U.S. District Court, District of Colorado, Case Number 13-cr-00319-MSK-01 to Illegal Reentry After Deportation Subsequent to Conviction for an Aggravated Felony, in violation of 8 U.S.C. § 1326(a) and (b)(2). On January 27, 2014, defendant was sentenced to the custody of the Bureau of Prisons for a period of 46 months, to be followed by a 3-year term of supervised release. Accordingly, it is

        ORDERED that the defendant's term of supervised release is terminated for unsatisfactory compliance, effective January 27, 2014.

        Dated this 6th day of March, 2014.

        BY THE COURT:

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        Chief United States District Judge